IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALIZE HYDEIA GIST,<br><br>Defendant. | CR 25–34–BU–DLC<br><br><br>ORDER |

Defendant Alize Hydeia Gist has filed a motion to authorize payment of travel expenses to attend her sentencing hearing, which is scheduled to take place on May 13, 2026, in Missoula Montana. The government does not object to Defendant's motion. Defendant is represented by court appointed counsel, and her Financial Affidavit establishes that she is without sufficient funds to pay for transportation from her home in Champaign, Illinois to Missoula for her sentencing hearing. Defendant requests travel assistance pursuant to 18 U.S.C. § 4285, which authorizes the Court to order the U.S. Marshals to pay transportation costs for indigent defendants who are not in custody "to the place where [the defendant's] appearance is required," and to furnish the defendant "with an amount of money for subsistence expenses to his destination[.]" Section 4285 does not authorize payment for return travel, subsistence during return travel, or for lodging expenses.

1

The Court has the authority to order additional funds through the Criminal Justice Act ("CJA"). *United States v. Mendoza*, 734 F. Supp. 2d 281, 286–87 (E.D. N.Y. 2010) (relying on 19 U.S.C. § 3006A(e)(1), which authorizes the court to reimburse counsel for "other services necessary for adequate representation"). The CJA has been deemed sufficient authority to reimburse counsel for lodging, food, and return travel. *See United States v. Morrison*, 2023 WL 612945, at *1–2 (E.D. Cal. Sept. 19, 2023). The Court has determined that because Defendant's presence is necessary for defense purposes, she is entitled to financial assistance to attend her sentencing.

Accordingly, IT IS ORDERED that Defendant's Motion is GRANTED. Pursuant to 18 U.S.C. § 4285, the U.S. Marshal shall furnish Defendant with a flight from Champaign, Illinois to Missoula, Montana, in order to attend her sentencing hearing on May 13, 2026, at 9:00 a.m. at the Russell Smith Federal Courthouse, 201 E. Broadway, Missoula, Montana. The U.S. Marshal shall also furnish Defendant with subsistence expenses in accordance with 18 U.S.C. § 4285, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.

IT IS FURTHER ORDERED that CJA funds shall be disbursed to pay for expenses associated with Defendant's return travel, lodging, and subsistence in a reasonable amount necessary for Defendant to attend the sentencing hearing.

Counsel shall seek any reimbursement from CJA funds promptly once the authorized travel is completed.

DATED this 15th day of April, 2026.

Dana L. Christensen, District Judge
United States District Court

3